HARRY WALDMAN, Appellant, *v.* HARRY GREENBERG, Respondent.

Submitted November 23, 1942; decided January 7, 1943.

*Jacob M. Kram* for appellant.

*Daniel Tischler* for respondent.

Judgment affirmed, with costs, on the ground that the plaintiff failed to establish a cause of action. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.